**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-26314-CIV-MARTINEZ**

NAM NHU NGUYEN,

Petitioner,

v.

CHARLES PARRA, Assistant Field Office Director, Krome North Service Processing Center; *et al.*,

Respondents.
_______________________________________/

**ORDER**

**THIS CAUSE** is before the Court *sua sponte*. Respondent has made the Court aware of Petitioner's release from custody following his bond hearing. (*See* Response to Order to Show Cause [ECF No. 7]). Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. Petitioner's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 **[ECF No. 1]** is **DISMISSED** as **MOOT**.
2. The Clerk is **DIRECTED** to **CLOSE** this case. This shall not affect Petitioner's substantive rights.

**DONE AND ORDERED** in Miami, Florida, this 21 day of September 2026.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: all counsel of record